# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROGELIO ZALDIVAR-PENA, :
    Petitioner :
  : No. 1:18-cv-2347
    v. :
  : (Judge Rambo)
KATHY BRITTAIN, *et al.*, :
    Respondents :

## ORDER

**AND NOW**, on this 20th day of May 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Rogelio Zaldivar-Pena's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DENIED**;

2. No certificate of appealability shall issue, as Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court is directed to **CLOSE** this case.

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge